## Case No. 681.

### AYER v. ADAMS.

[Nowhere reported; opinion not now accessible.]